IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-221-1BO
NO. 5:11-CV-302-BO

| | |
|---|---|
| JESSE CLEO BAZEMORE,<br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | ORDER |

In light of *United States v. Simmons*, 649 F.3d 237, 2011 WL 3607266 (4th Cir. 2011) (en banc), the Petitioner is hereby ALLOWED to amend his Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. §2255 [DE 28] no later than thirty (30) days from the date of entry this order. The Government is DIRECTED to file an updated response to Petitioner's §2255 Motion within thirty (30) days from the date Respondent amends his § 2255 motion, or, in any event, within sixty (60) days from the date of entry this order.

SO ORDERED, this 13 day of October, 2011

　　　　　　　　　　　　　　　　　　TERRENCE W. BOYLE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE